IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **MICHAEL S. DAVIS, individually and on behalf of others similarly situated,** § § § | | |
| Plaintiff, § § § | | |
| v. § § | **CASE NO. 0:20-cv-60897** | |
| **CBD AMERICAN SHAMAN, LLC,** § § § | | |
| Defendant. § | | |

**DEFENDANT CBD AMERICAN SHAMAN, LLC'S
MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant CBD American Shaman, LLC ("Defendant") files its Motion to Dismiss Plaintiff's Complaint in accordance with Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction, lack of Article III standing, and failure to state a claim upon which relief may be granted ("Motion").

### I. Request for Hearing

Defendant requests an oral hearing on its Motion. Defendant believes that due to the complexity of the issues in the Motion before the Court, particularly the primary jurisdiction argument and the preeminence of federal regulations in this matter, the Court will benefit from the opportunity to directly question counsel related to their arguments and to observe Defendant's direct responses to any arguments raised by Plaintiff. Defendant estimates that oral argument on this matter should take one hour.

### II. Additional Documents Filed

In support of this Motion, Defendant concurrently files its Memorandum of Law.

Respectfully submitted,

*/s/ Barry Douglas Hunter*
**BARRY DOUGLAS HUNTER**
**FROST BROWN TODD LLC**
Lexington Financial Center
250 West Main Street, Suite 2800
Lexington, KY 40507
Telephone: (859) 231-0000
Email: bhunter@fbtlaw.com

**MARTIN E. ROSE (*pro hac vice*)**
**FROST BROWN TODD LLC**
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201
Telephone: (214) 580-8601
Email: mrose@fbtlaw.com

**SEAN M. WHYTE (*pro hac vice forthcoming*)**
**FROST BROWN TODD LLC**
2101 Cedar Springs Road, Suite 900
Dallas, Texas 75201
Telephone: (214) 580-5854
Email: swhyte@fbtlaw.com

**ATTORNEYS FOR DEFENDANT**
**CBD AMERICAN SHAMAN, LLC**

## CERTIFICATE OF SERVICE

I certify that I have filed this document electronically through the Court's CM/ECF system, which caused all parties to be served by electronic means as more fully reflected on the Court's Notice of Electronic Filing on the 17th day of July, 2020.

*/s/ Barry Douglas Hunter*
**BARRY DOUGLAS HUNTER**

0139469.0733504   4836-5065-4146v2