IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-60897-WPD

MICHAEL S. DAVIS, individually and on
behalf of others similarly situated,

    Plaintiff,

v.

CBD AMERICAN SHAMAN, LLC,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Michael Davis ("Plaintiff") voluntarily dismisses the above-captioned action against without prejudice and without costs to either party.

| | |
|---|---|
| Dated: August 14, 2020. | DESOUZA LAW, P.A.<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone:  (954) 603-1340<br>DDesouza@desouzalaw.com<br><br>By: /s/ Daniel DeSouza, Esq._____<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.:  19291 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___

Daniel DeSouza

DESOUZA LAW, P.A.
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (954) 603-1340