UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60897-CIV-DIMITROULEAS

MICHAEL S. DAVIS, individually and on
behalf of others similarly situated,

    Plaintiff,

vs.

CBD AMERICAN SHAMAN, LLC,

    Defendant.

_____/

## ORDER APPROVING VOLUNTARY DISMISSALs

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Notice") [DE 13], filed herein on August 14, 2020. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 13] is hereby **APPROVED**.
2. This case is **DISMISSED without prejudice**.
3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 18th day of August, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc: Counsel of Record